RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/13/2019 12:05 PM  *Brian K. Hart* -Clerk of Court

# General Civil and Domestic Relations Case Filing Information Form

☐ Superior or ☒ State Court of Chatham_____ County

**For Clerk Use Only**
Date Filed 9/13/2019
MM-DD-YYYY
Case Number STCV19-01605

**Plaintiff(s)**
Simmons, Patti Moneca

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**
Cheddar's Casual Cafe, Inc. d/b/a Cheddar's Scratch Kitchen

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

Plaintiff's Attorney Claude M. Kicklighter, Jr._____ Bar Number 416998_____ Self-Represented ☐

## Check One Case Type in One Box

**General Civil Cases**
- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contract
- ☐ Garnishment
- ☒ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☐ Other General Civil

**Domestic Relations Cases**
- ☐ Adoption
- ☐ Dissolution/Divorce/Separate Maintenance
- ☐ Family Violence Petition
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

**Post-Judgment – Check One Case Type**
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Modification
- ☐ Other/Administrative

☐ Check if the action is related to another action(s) pending or previously pending in this court involving some or all of the same parties, subject matter, or factual issues. If so, provide a case number for each.

_____ Case Number    _____ Case Number

☒ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in O.C.G.A. § 9-11-7.1.

☐ Is an interpreter needed in this case? If so, provide the language(s) required. _____
Language(s) Required

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.18

84

EXHIBIT "A"

# IN THE STATE COURT OF CHATHAM COUNTY
# STATE OF GEORGIA

PATTI MONECA SIMMONS, )
                                   )                      STCV19-01605
    PLAINTIFF, )      CIVIL ACTION NO: _____
                                   )
V. )
                                   )
CHEDDAR'S CASUAL CAFÉ, INC., )
d/b/a CHEDDAR'S SCRATCH )
KITCHEN, )
                                   )
    DEFENDANT. )

## COMPLAINT FOR DAMAGES

COMES NOW, Plaintiff, PATTI MONECA SIMMONS, and brings this Complaint for personal injury damages against Defendant, CHEDDAR'S CASUAL CAFÉ, INC. d/b/a CHEDDAR'S SCRATCH KITCHEN, and shows the court as follow:

1.

Plaintiff, PATTI MONECA SIMMONS, is a resident of Chatham County, Georgia.

2.

Defendant, CHEDDAR'S CASUAL CAFÉ, INC. d/b/a CHEDDAR'S SCRATCH KITCHEN, is a domestic corporation organized and existing under the laws of the State of Georgia and has a registered agent, Corporate Creations Network, Inc., who may be served with the Complaint and Summons, at: 2985 Gordy Parkway, 1st Floor, Marietta, GA 30006, or wherever it may be found.

3.

Defendant is subject to the jurisdiction and venue of this Court as the Defendant maintains an office and transacts business in Chatham County, Georgia.

---

4.

Defendant has injured and caused damage to the Plaintiff, in amounts to be fixed by the evidence and by the enlightened conscience of an impartial jury.

5.

At all times mentioned in this Complaint, Defendant was in possession of and controlled certain premises located at 1425 Benton Blvd., Pooler, Chatham County, Ga. 31322, which were operated as a business premises with an open invitation to the public to enter.

6.

On Saturday, September 16, 2017, at approximately 3:00 p.m., while Plaintiff was meeting friends for lunch at the above described business premises of Defendant and was walking to back to her table from the hostess stand at the entrance.

7.

Defendant, and Defendant's agents, servants and employees who were at all times acting in the course and scope of their employment, so carelessly and negligently, controlled, failed to inspect and clean the floor as to allow for grease to coat a section of the floor to make the surface of the floor slippery and dangerous.

8.

The slippery and dangerous condition was known, or in the exercise of ordinary and reasonable care should have been known, to Defendant in adequate time for a reasonably prudent person to warn of, or make safe, the condition.

9.

Plaintiff did not know and could not have known about this dangerous condition because the section of grease coated floor was located in a regular walk way leading to her table, causing the Plaintiff to slip and fall thereby injuring herself.

10.

Plaintiff's fall, injuries and subsequent damages were the direct and proximate result of the negligence of the Defendant, in that the condition that caused the Plaintiff's injury, namely the section of grease coated floor, was known, or should have been known, to Defendant in adequate time for a reasonably prudent person to warn of, or make safe, the condition.

11.

As further direct result of the negligence of Defendant, Plaintiff has suffered great physical and mental pain, and in all probability will continue to suffer for the rest of her life.

12.

As further direct result of the negligence of Defendant, Plaintiff has incurred medical expenses.

WHEREFORE, Plaintiff prays as follows:

a) That summons and process issue requiring the Defendant to show cause why the prayers of the Plaintiff should not be granted;

b) That judgment be entered in favor of the Plaintiff and against Defendant;

c) That Plaintiff be compensated for her losses;

d) That Plaintiff have a trial by a jury of twelve (12) on the merits of her case;

e)   That Plaintiff have such other and further relief as this Court deems just and appropriate.

RESPECTFULLY SUBMITTED, this 13th day of SEPTEMBER, 2019.

KICKLIGHTER LAW

CLAUDE M. KICKLIGHTER, JR.
State Bar No. 416998
Attorney for Plaintiff
412 North Laurel Street
Springfield, Georgia 31329
Tel: (912) 754-6003
Fax: (912) 754-6336
Email: mickey@kick-law.com

IN THE STATE COURT OF CHATHAM COUNTY
STATE OF GEORGIA

PATTI MONECA SIMMONS, )
)
    PLAINTIFF, ) CIVIL ACTION NO: STCV19-01605
)
V. )
)
CHEDDAR'S CASUAL CAFÉ, INC., )
d/b/a CHEDDAR'S SCRATCH )
KITCHEN, )
)
    DEFENDANT. )

## CERTIFICATION UNDER RULE 3.2

Pursuant to Rules 3.2 and 3.4 of the Georgia Uniform Superior Court Rules, I hereby certify that no case has heretofore been filed in the State Court of Chatham County involving substantially the same parties or substantially the same subject matter or substantially the same factual issues which would require the petition-pleading to be specifically assigned to the judge whom the original action was or is assigned.

This 13TH day of SEPTEMBER, 20 19.

KICKLIGHTER LAW

*/s/ Claude M. Kicklighter, Jr.*
CLAUDE M. KICKLIGHTER, JR.
State Bar No. 416998
Attorney for Plaintiff
412 North Laurel Street
Springfield, Georgia 31329
Tel: (912) 754-6003
Fax: (912) 754-6336
Email: mickey@kick-law.com

89

EXHIBIT "A"

RECEIVED FOR FILING, STATE COURT CLERK CHATHAM CO. GA, 9/13/2019 12:05 PM

Brian K. Hart -Clerk of Court

## IN THE STATE COURT OF CHATHAM COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| PATTI MONECA SIMMONS, | ) | |
| PLAINTIFF, | ) | CIVIL ACTION NO: STCV19-01605 |
| V. | ) | |
| CHEDDAR'S CASUAL CAFÉ, INC., d/b/a CHEDDAR'S SCRATCH KITCHEN, | ) | |
| DEFENDANT. | ) | |

### SUMMONS

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney whose name and address is:

**Claude M. Kicklighter, Jr.
KICKLIGHTER LAW
412 North Laurel Street
Springfield, Georgia 31329**

an answer to the Plaintiff's Complaint for Damages which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Plaintiff's Complaint for Damages.

This 13th day of September, 2019.

/s/ Joann Darden

Clerk/Deputy Clerk of State Court

EXHIBIT "A"